**Order entered December 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01117-CV

### JESUS ANTONIO GONZALEZ, Appellant

### V.

### BLUE CIEL TOWER DEVELOPMENT, LTD., ET AL., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01134**

## ORDER

Before the Court is appellant's December 2, 2019 unopposed motion for a forty-five day extension of time to file his brief on the merits. We **GRANT** the motion **to the extent** that appellant shall file his brief by **Monday, January 13, 2020**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/    ERIN A. NOWELL
JUSTICE